1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   PHYLLIS ELAINE COLLINS,              Case No. EDCV 15-0149 SS

12                 Plaintiff,
                                          **JUDGMENT**
13        v.

14   CAROLYN W. COLVIN, Acting
     Commissioner of the Social
15   Security Administration,

16                 Defendant.

17

18

19

20        IT IS ADJUDGED that the decision of the Commissioner is

21   AFFIRMED and that the above-captioned action is dismissed with

22   prejudice.

23

24   DATED:  DECEMBER 29, 2014

25                                      _____/S/_____

                                        SUZANNE H. SEGAL
26                                      UNITED STATES MAGISTRATE JUDGE

27

28